JOHN W. HUBER, United States Attorney (#7226)
ANDREA T. MARTINEZ, Assistant United States Attorney (#9313)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: andrea.martinez@usdoj.gov

FILED
U.S. DISTRICT COURT

2018 MAY 23  P 12: 49

DISTRICT OF UTAH

BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ERIC GORDON FELL, Defendant. | INDICTMENT<br><br>VIOS. 18 U.S.C. § 2241(c), Aggravated Sexual Abuse of a Child [Count I]; 18 U.S.C. § 2241(c), Aggravated Sexual Abuse of a Child [Count II].<br><br>Case: 1:18-cr-00044<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 5/23/2018<br>Description: |
|---|---|

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 2241(c)
(Aggravated Sexual Abuse of a Child)

On or about and between October 28, 2011 and October 7, 2014, in the Northern Division of the District of Utah,

ERIC GORDON FELL,

defendant herein, within the territorial jurisdiction of the United States, at Hill Air Force Base, land reserved and acquired for the use of the United States and under the exclusive and concurrent jurisdiction thereof, did knowingly engage in a sexual act, as defined in 18

U.S.C. § 2246(2)(B), with Child A (D.O.B. 10/8/2002), who had not attained the age of 12 years, and attempted to do so; all in violation of 18 U.S.C. § 2241(c).

## COUNT II
18 U.S.C. § 2241(c)
(Aggravated Sexual Abuse of a Child)

On or about and between October 28, 2011 and October 7, 2014, in the Northern Division of the District of Utah,

ERIC GORDON FELL,

defendant herein, within the territorial jurisdiction of the United States, at Hill Air Force Base, land reserved and acquired for the use of the United States and under the exclusive and concurrent jurisdiction thereof, did knowingly engage in a sexual act, as defined in 18 U.S.C. § 2246(2)(C), with Child A (D.O.B. 10/8/2002), who had not attained the age of 12 years, and attempted to do so; all in violation of 18 U.S.C. § 2241(c).

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_[signature]_
_____
ANDREA T. MARTINEZ
Assistant United States Attorney